# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 23, 2015

### NO. 03-13-00081-CV

**Twenty First Century Holdings, Inc. d/b/a American Geothermal Systems, Inc.; Victor DeMarco; and N. West Short, Appellants**

**v.**

**Precision Geothermal Drilling, L.L.C., Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
AFFIRMED IN PART; DISMISSED FOR WANT OF JURISDICTION IN PART --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the interlocutory order signed by the trial court on February 1, 2013. We dismiss this appeal for want of jurisdiction to the extent appellants' request mandamus relief. Having otherwise reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order in all other respects. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.